# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES | § |
| | § Civil Action No. 4:16-CR-28 |
| v. | § (Judge Mazzant/Judge Durrett) |
| | § |
| | § |
| JORGE ALBERTO SOTO-RODAS (1) | § |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 8, 2026, the Magistrate Judge entered a Report (Dkt. #231) recommending that Defendant's Motion to Dismiss Charges for Lack of Extraterritorial Jurisdiction or for Bill of Particulars (Dkt. #205) and Motion for Separate Hearing to Determine Existence of Conspiracy for Invocation of Rule 801(d)(2)(E), F.R.Cr.P. (Dkt. #206) be denied.

Having received the Report of the Magistrate Judge, considered Plaintiff's objections (Dkt. #232), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Charges for Lack of Extraterritorial Jurisdiction or for Bill of Particulars (Dkt. #205) and Motion for Separate Hearing to Determine Existence of Conspiracy for Invocation of Rule 801(d)(2)(E), F.R.Cr.P. (Dkt. #206) are **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of June, 2026.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE